# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2750<br>Master Docket Case No. 3:16-md-2750<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE LOIS H. GOODMAN |

**THIS DOCUMENT RELATES TO:**

**Margarete Garvey v. Janssen Pharmaceuticals, Inc., et al.,**
**Case No. 3:17-cv-13123**

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Margarete Garvey, hereby dismisses this case in its entirety, as to all Defendants, with prejudice. Each party shall bear its own costs and attorney fees.

By: /s/ Frank M. Petosa
Frank M. Petosa
Morgan & Morgan Complex Litigation Group
600 N Pine Island Road Suite 400
Plantation, FL 33324
Tel: (954) 327-5366
Fax: (954) 327-3018
Email: fpetosa@forthepeople.com

*Counsel for Plaintiffs*

Dated: May 20, 2021

/s/ Michael C. Zogby
Michael C. Zogby
FAEGRE DRINKER BIDDLE
& REATH LLP
600 Campus Drive
Florham Park, NJ 07932
Tel: (973) 549-7000
Fax: (973) 360-9831
Email: michael.zogby@faegredrinker.com

*MDL Liaison Counsel for Defendants*

Dated: May 20, 2021

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the District of New Jersey via the CM/ECT system, this 20th day of May 2021.

        Respectfully submitted,

        By: /s/ Frank M. Petosa
        Frank M. Petosa
        Morgan & Morgan Complex Litigation Group
        600 N Pine Island Road Suite 400
        Plantation, FL 33324
        Tel: (954) 327-5366
        Fax: (954) 327-3018
        Email: fpetosa@forthepeople.com
        *Counsel for Plaintiffs*

        SO ORDERED."

Dated: 5/21/2021    Brian R. Martinotti, U.S.D.J.